**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Aaron Daniel BURSHIA, Defendant–
Appellant.**

No. 09–30002.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 6, 2009.

Carl E. Rostad, Assistant U.S., Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

E. June Lord, Esquire, Great Falls, MT, for Defendant–Appellant.

Before SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Aaron Daniel Burshia appeals from the 15–month sentence imposed following the revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Burshia contends that the district court erred by failing to provide an adequate explanation for the sentence and that his sentence is unreasonable in light of his background and need for treatment. The record reflects that the district court did not procedurally err and that the sentence is substantively reasonable. *See United States v. Leonard,* 483 F.3d 635, 637 (9th Cir.2007); *see also United States v. Simtob,* 485 F.3d 1058, 1062–63 (9th Cir.2007).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

